ERNESTO TOLENTINO v. ERVIN ELLIS.

March 9, 1978. Petition for certification is dismissed as having been improvidently granted. (See 74 *N. J.* 277).

STATE OF NEW JERSEY v. MICHAEL CERBO, ROBERT WILLIAM KAISER AND LOIS KAISER.

March 14, 1978. Petition for certification denied.

ALEX GOTTDIENER v. TOWNSHIP OF ROXBURY.

March 14, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT PELLECCHIO.

March 14, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT M. PORTER.

March 14, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MELE.

March 14, 1978. Petition for certification denied.